```
 1  SEYFARTH SHAW LLP
    Carolyn A. Knox (SBN: 181317)
 2  cknox@seyfarth.com
    Cassandra H. Carroll (SBN: 209123)
 3  ccarroll@seyfarth.com
    560 Mission Street, Suite 3100
 4  San Francisco, California 94105
    Telephone: (415) 397-2823
 5  Facsimile: (415) 397-8549

 6  Attorneys for Defendants

 7  LIFE INSURANCE COMPANY
    OF NORTH AMERICA and GROUP
 8  LONG TERM DISABILITY INCOME
    PLAN OF SHAKLEE CORPORATION
 9
    SHERNOFF BIDART DARRAS
10  Frank N. Darras (SBN: 128904)
    fdarras@sbd-law.com
11  Michael B. Horrow (SBN: 162917)
    mhorrow@sbd-law.com
12  600 S. Indian Hill Boulevard
    Claremont, California 91711
13  Telephone: (909) 621-4935
    Facsimile: (909) 626-6915
14
    Attorneys for Plaintiff RENEE RIVERA
15
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE RIVERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; GROUP LONG TERM DISABILITY INCOME PLAN OF SHAKLEE CORPORATION,<br><br>　　　　Defendant. | Case No. C 05-00332 MEJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. RULE 41(a), AND [PROPOSED] ORDER** |

STIPULATION OF DISMISSAL WITH PREJUDICE/Case No.: C05-00332 MEJ

1      Plaintiff RENEE RIVERA ("Plaintiff") and Defendants LIFE INSURANCE COMPANY
2  OF NORTH AMERICA ("LINA") and GROUP LONG TERM DISABILITY INCOME PLAN
3  OF SHAKLEE CORPORATION (the "Plan") have reached a resolution of this matter. The
4  parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).
5  Each party shall bear its own fees and costs.
6      The parties seek the Court's approval of dismissal of this action with prejudice through
7  the order listed *infra*.

DATED: August 5, 2005

SEYFARTH SHAW LLP

By *Cassandra H. Carroll*
Carolyn A. Knox
Cassandra H. Carroll

Attorneys for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA AND GROUP LONG
TERM DISABILITY INCOME PLAN OF
SHAKLEE CORPORATION

DATED: August 4, 2005

SHERNOFF BIDART DARRAS

By [signature]
Michael Horrow

Attorneys for Plaintiff
RENEE RIVERA

The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

DATED: August 8, 2005

By [signature]
Magistrate Judge Maria-Elena James
United States District Court

SF1 28216471.1

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Maria-Elena James]

-2-

STIPULATION OF DISMISSAL WITH PREJUDICE/Case No.: C05-00332 MEJ